**EXHIBIT 5**

Custom Comprehensive Report

 **Accurint® for Legal Professionals**

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your Secondary DPPA Permissible Use:**
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Custom Comprehensive Report

**Date:** 07/07/23
**Reference Code:** CBCS/MCGETRICK

**Report Legend:**
⑤ - Shared Address
Ⓓ - Deceased
✔ - Probable Current Address

**Comprehensive Report Summary:**
Names Associated With Subject:
  4 Found
Bankruptcies:
  None Found
Email Address:
  4 Found
Driver's License:
  None Found
Address(es) Found:
  1 Verified and 5 Non-Verified Found
Possible Properties Owned:
  None Found
Motor Vehicles Registered:
  12 Found
Possible Criminal Records:
  6 Found
Professional Licenses:
  None Found

**Subject Information: (Best Information for Subject)**
**Name:** BAILEY JORDAN MCGETRICK   DOB:4/xx/1996
**SSN:** 603-90-xxxx issued in California between *5/2/1996* and *9/3/1996*
**Age:** 27

**Names Associated With Subject:**
BAILEY JORDAN MCGETRICK  Gender: Female DOB: 4/xx/1996
603-90-xxxx issued in California between 5/2/1996 and 9/3/1996
BAILEY J MCGETRICK  DOB: 4/xx/1996
603-90-xxxx issued in California between 5/2/1996 and 9/3/1996
BAILEY MCGETRICK  DOB: 4/xx/1996
603-90-xxxx issued in California between 5/2/1996 and 9/3/1996
BAILEY MCGETICK  DOB: 4/xx/1996

**EXHIBIT 5**

Custom Comprehensive Report

603-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
J MCGETRICK BAILEY  DOB: 4/xx/1996
603-90-xxxx issued in California  between  5/2/1996  and  9/3/1996


**Address Summary:**

✔16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY (Jul 2017 - May 2023)
10121 MESQUITE ST, OAK HILLS, CA 92344-0584, SAN BERNARDINO COUNTY (Sep 2010 - Feb 2023)
13985 JUNIPER ST, HESPERIA, CA 92345-4660, SAN BERNARDINO COUNTY (Dec 2018 - Jan 2021)
6380 S BOSTON ST APT, GREENWOOD VILLAGE, CO 80111-5318, ARAPAHOE COUNTY (Nov 2014)
16770 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
6478 S FOREST ST, CENTENNIAL, CO 80121-3548, ARAPAHOE COUNTY

**Active Address(es):**

✔16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY (Jul 2017 - May 2023)
    **Name Associated with Address:**
        BAILEY MCGETRICK
        **Current Residents at Address:**
        KELLY JOLENE MCGETRICK
        THOMAS E MCGETRICK
        BAILEY JORDAN MCGETRICK
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 71233-01-027
            Owner Name: ALLAN P KRAMER
            Owner Name 2: CAROL S KRAMER
            Property Address: - 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
            Owner Address:
            Sale Date - 07/14/2006
            Sale Price - $303,100
            Subdivision Name - TRAILS END MONUMENT FIL 1
            Total Market Value - $399,338
            Assessed Value - $27,750
            Land Value - $80,600
            Improvement Value - $318,738
            Land Size - 14,898 Square Feet
            Year Built - 2005
            Seller Name: RICHMOND AMERICAN HMS OF COLORADO
            Legal Description - LOT 11 TRAILS END-MONUMENT FIL NO 1
            Loan Amount - $242,497
            Loan Type - CONVENTIONAL
            Lender Name - COUNTRYWIDE BK
            Data Source - A


**Previous And Non-Verified Address(es):**

10121 MESQUITE ST, OAK HILLS, CA 92344-0584, SAN BERNARDINO COUNTY (Sep 2010 - Feb 2023)
    **Name Associated with Address:**
        BAILEY MCGETRICK
        **Current Residents at Address:**
        BARBARA J MCGETRICK
        BAILEY JORDAN MCGETRICK
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 3039-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
            Owner Name: TOM MCGETRICK
            Owner Name 2: KELLY MCGETRICK
            Property Address: - 10121 MESQUITE ST, OAK HILLS, CA 92344-0584, SAN BERNARDINO COUNTY
            Owner Address: 10121 MESQUITE ST, OAK HILLS, CA 92344-0584, SAN BERNARDINO COUNTY
            Assessed Value - $266,821
            Year Built - 1987
            Legal Description - PARCEL MAP 9655 PARCEL 1
            Data Source - B

13985 JUNIPER ST, HESPERIA, CA 92345-4660, SAN BERNARDINO COUNTY (Dec 2018 - Jan 2021)
    **Name Associated with Address:**

**EXHIBIT 5**

Custom Comprehensive Report

BAILEY MCGETRICK
    **Current Residents at Address:**
ANA M GONZALEZ
SERGIO HUMBERTO ROBLEDO
ANA VALERIA VILLALOBOS
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 0405-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
        Owner Name: ANA M GONZALEZ
        Property Address: - 13985 JUNIPER ST, HESPERIA, CA 92345-4660, SAN BERNARDINO COUNTY
        Owner Address: 13985 JUNIPER ST, HESPERIA, CA 92345-4660, SAN BERNARDINO COUNTY
        Assessed Value - $94,149
        Land Size - 17854 SF
        Year Built - 1978
        Legal Description - TRACT 5375 LOT 23 TR NO 5375 LOT 23 EX 1/2 M1N RTS W1THOUT S E
        Data Source - B

6380 S BOSTON ST APT, GREENWOOD VILLAGE, CO 80111-5318, ARAPAHOE COUNTY (Nov 2014)
    **Name Associated with Address:**
    BAILEY J MCGETRICK
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 26561-37004-001
        Owner Name: BOSTON COMMONS HOTEL AND SUITES
        Property Address: - 6380 S BOSTON ST, GREENWOOD VILLAGE, CO 80111-5318, ARAPAHOE COUNTY
        Owner Address: 6380 S BOSTON ST, GREENWOOD VILLAGE, CO 80111-5318, ARAPAHOE COUNTY
        Subdivision Name - SHERIDAN HEIGHTS
        Total Market Value - $7,380
        Assessed Value - $2,140
        Data Source - B

16770 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
    **Name Associated with Address:**
    BAILEY MCGETRICK
        **Current Residents at Address:**
JOHN MICHAEL STRONKS
CAMMY JO STRONKS
JOHN EARL VAYHINGER
JOSEPH JERALD SCACHETTI
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 71233-01-034
        Owner Name: JOHN & CAROLYN VAYHINGER
        Property Address: - 16770 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
        Owner Address: 16770 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
        Subdivision Name - TRAILS END MONUMENT FIL NO 1
        Total Market Value - $367,760
        Assessed Value - $26,290
        Land Value - $80,600
        Improvement Value - $287,160
        Land Size - 11456 SF
        Year Built - 2005
        Legal Description - LOT 12 TRAILS END-MONUMENT FIL NO 1
        Data Source - B

6478 S FOREST ST, CENTENNIAL, CO 80121-3548, ARAPAHOE COUNTY
    **Name Associated with Address:**
    BAILEY MCGETRICK
        **Current Residents at Address:**
MICHAEL J SERULNECK
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 2075-19-4-19-013
        Owner Name: MS REIMER
        Owner Name 2: JAMES W BEAN
    Other Owners: DIANE REIMER BEAN
        Property Address: - 6478 S FOREST ST, CENTENNIAL, CO 80121-3548, ARAPAHOE COUNTY
        Owner Address:
        Sale Date - 06/09/2014
        Sale Price - $350,000

**EXHIBIT 5**

Custom Comprehensive Report

Subdivision Name - GEORGETOWN VILLAGE AMD 1
Total Market Value - $458,300
Assessed Value - $31,852
Land Value - $140,000
Improvement Value - $318,300
Land Size - 3,006 Square Feet
Year Built - 1990
Seller Name: JULIE STALEY
Seller Name 2: GRANT M STALEY
Legal Description - LOT 13 BLK 3 GEORGETOWN VILLAGE AMEND 1
Loan Amount - $228,000
Loan Type - CONVENTIONAL
Lender Name - MEGASTAR FIN'L CORP
Data Source - A

**Bankruptcies:**
[None Found]

**Email Address:**

Name: BAILEY MCGETRICK

Email Address(es):
BAYLEE.G1127@GMAIL.COM

Street Address(es):
16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173

Name: BAILEY MCGETRICK

Email Address(es):
KCASH0729@GMAIL.COM

Street Address(es):
13985 JUNIPER ST, HESPERIA, CA 92345-4660

Name: BAILEY MCGETRICK

Email Address(es):
MEDICATINGPERFECTION.420@GMAIL.COM

Street Address(es):
13985 JUNIPER ST, HESPERIA, CA 92345-4660

Name: BAILEY MCGETRICK

Email Address(es):
BAYLEE.G.1127@GMAIL.COM

Street Address(es):
16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173

**Driver's License Information:**
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**EXHIBIT 5**

Custom Comprehensive Report

**Motor Vehicles Registered To Subject:**
    **Vehicle:**
        Description: Gray 2017 Honda Accord - Sedan 4 Door
        VIN: 1HGCR2F88HA247267
        State Of Origin: COLORADO
        Engine: 4 Cylinder 146 Cubic Inch
        Anti Lock Brakes: 4 wheel standard
        Air Conditioning: Standard
        Daytime Running Lights: Standard
        Power Steering: Standard
        Power Brakes: Standard
        Power Windows: Standard
        Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
        Roof: Power sun/moon roof
        Price: 28920
        Radio: AM/FM
        Front Wheel Drive: Yes
        Four Wheel Drive: No
        Tilt Wheel: Standard
        Data Source: Governmental

     *Registrant(s)*
        Record Type: HISTORICAL
        Name: JORDAN MCGETRICK BAILEY

        Potential SSN 🛈 : 603-90-xxxx
        Address: 10121 MESQUITE ST, OAK HILLS, CA 92344-0584, SAN BERNARDINO COUNTY
        DOB: 4/xx/1996
        Sex: Female
        Age: 27
        Tag Number: BUK227
        License State: CO
        Earliest Registration Date: 8/17/2019
        Latest Registration Date: 8/17/2019
        Expiration Date: 8/31/2020


    **Vehicle:**
        Description: Gray 2017 Honda Accord - Sedan 4 Door
        VIN: 1HGCR2F88HA247267
        State Of Origin: COLORADO
        Engine: 4 Cylinder 146 Cubic Inch
        Anti Lock Brakes: 4 wheel standard
        Air Conditioning: Standard
        Daytime Running Lights: Standard
        Power Steering: Standard
        Power Brakes: Standard
        Power Windows: Standard
        Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
        Roof: Power sun/moon roof
        Price: 28920
        Radio: AM/FM
        Front Wheel Drive: Yes
        Four Wheel Drive: No
        Tilt Wheel: Standard
        Data Source: Governmental

     *Owner(s)*
        Name: JORDAN MCGETRICK BAILEY

        Potential SSN 🛈 : 603-90-xxxx
        Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
        DOB: 4/xx/1996
        Sex: Female
        Age: 27
        **Title Information**
            Reported Name: BAILEY JORDAN MCGETRICK
            Title Number: 002074297
            Title Issue Date: 7/23/2019

     *Lien Holder(s)*

**EXHIBIT 5**

Custom Comprehensive Report

Record Type: HISTORICAL
Company Name: WESTLAKE FINANCIAL
Address: PO BOX 997592, SACRAMENTO, CA 95899-7592, SACRAMENTO COUNTY

**Vehicle:**
Description: 2012 Honda Accord - Sedan 4 Door
VIN: 1HGCP2F38CA108985
State Of Origin: COLORADO
Engine: 4 Cylinder 146 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 22280
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JORDAN MCGETRICK BAILEY

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
Tag Number: ACXL50
License State: CO
Earliest Registration Date: 4/12/2019
Latest Registration Date: 4/12/2019
Expiration Date: 4/30/2020


Record Type: HISTORICAL
Name: GONZALEZ OSCAR

Potential SSN 🛈 : 621-10-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 12/xx/1975
Sex: Male
Age: 47
Tag Number: ACXL50
License State: CO
Earliest Registration Date: 4/12/2019
Latest Registration Date: 4/12/2019
Expiration Date: 4/30/2020


**Vehicle:**
Description: 2012 Honda Accord - Sedan 4 Door
VIN: 1HGCP2F38CA108985
State Of Origin: COLORADO
Engine: 4 Cylinder 146 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 22280
Radio: AM/FM CD/MP3

**EXHIBIT 5**

Custom Comprehensive Report

Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JORDAN MCGETRICK BAILEY

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**
Reported Name: BAILEY JORDAN MCGETRICK
Title Number: 001597070
Title Issue Date: 4/12/2019

Name: GONZALEZ OSCAR

Potential SSN 🛈 : 621-10-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 12/xx/1975
Sex: Male
Age: 47
**Title Information**
Reported Name: OSCAR GONZALEZ
Title Number: 001597070
Title Issue Date: 4/12/2019

*Lien Holder(s)*
None

**Vehicle:**
Description: 1997 Toyota 4Runner - 4 Dr Wagon Sport Utility
VIN: JT3GM84R8V0013343
State Of Origin: COLORADO
Engine: 4 Cylinder 164 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 19888
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
Tag Number: KEO748
License State: CO
Earliest Registration Date: 5/18/2018
Latest Registration Date: 5/18/2018
Expiration Date: 5/31/2019

**Vehicle:**
Description: 1997 Toyota 4Runner - 4 Dr Wagon Sport Utility

Custom Comprehensive Report

**EXHIBIT 5**

Custom Comprehensive Report

VIN: JT3GM84R8V0013343
State Of Origin: COLORADO
Engine: 4 Cylinder 164 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 19888
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**
Reported Name: MCGETRICK*BAILEY*JORDAN**
Title Number: 04H382444
Title Issue Date: 5/18/2018

*Lien Holder(s)*
None

**Vehicle:**
Description: 2004 Honda Accord - Coupe
VIN: 1HGCM82664A010308
State Of Origin: COLORADO
Engine: 6 Cylinder 183 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: Power sun/moon roof
Price: 26500
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
Tag Number: HCO253
License State: CO
Earliest Registration Date: 12/26/2017
Latest Registration Date: 12/26/2017
Expiration Date: 12/31/2018

**EXHIBIT 5**

Custom Comprehensive Report

**Vehicle:**
Description: 2004 Honda Accord - Coupe
VIN: 1HGCM82664A010308
State Of Origin: COLORADO
Engine: 6 Cylinder 183 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: Power sun/moon roof
Price: 26500
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**
Reported Name: MCGETRICK*BAILEY*JORDAN**
Title Number: 04H153936
Title Issue Date: 12/26/2017

*Lien Holder(s)*
None

**Vehicle:**
Description: 2008 Suzuki Forenza - Sedan 4 Door
VIN: KL5JD56Z68K932267
State Of Origin: COLORADO
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 14489
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
Tag Number: OYX346
License State: CO
Earliest Registration Date: 9/11/2017
Latest Registration Date: 9/11/2017
Expiration Date: 9/30/2018

Custom Comprehensive Report

9

**EXHIBIT 5**

Custom Comprehensive Report

**Vehicle:**

Description: 2008 Suzuki Forenza - Sedan 4 Door
VIN: KL5JD56Z68K932267
State Of Origin: COLORADO
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: None / not available
Price: 14489
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: BAILEY JORDAN MCGETRICK

Potential SSN 🛈 : 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**
Reported Name: MCGETRICK*BAILEY*JORDAN**
Title Number: 04H269554
Title Issue Date: 9/11/2017

*Lien Holder(s)*

None


**Vehicle:**

Description: 2011 Nissan Altima - Sedan 4 Door
VIN: 1N4AL2AP4BC139669
State Of Origin: COLORADO
Engine: 4 Cylinder 153 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 20270
Radio: None
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Non-Governmental
Source Date First Seen: 7/1/2022
Source Date Last Seen: 7/1/2022

*Owner(s)*

Name: BAILEY MCGETRICK
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**

*Lien Holder(s)*

**EXHIBIT 5**

Custom Comprehensive Report

None

**Vehicle:**
Description: 2011 Ford F150 - Crew Pickup
VIN: 1FTFW1EFXBFB02403
State Of Origin: COLORADO
Engine: 8 Cylinder 305 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available
Price: 34450
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Non-Governmental
Source Date First Seen: 7/24/2020
Source Date Last Seen: 7/1/2021

*Owner(s)*
Name: BAILEY MCGETRICK
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173, EL PASO COUNTY
DOB: 4/xx/1996
Sex: Female
Age: 27
**Title Information**

*Lien Holder(s)*
None

**Possible Criminal Records:**
**Arizona Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
Address: 16781 ELK VALLEY TRL, MONUMENT, CO 80132-7173
State of Origin: Arizona
Party Status: DEFENDANT
DOB: 04/xx/1996
Sex: Female
Case Number: J-0803-CT-201902303
Case Type Description: TRAFFIC

**Offenses:**
Categories: TRAFFIC
**Offense #1**
Court Description: NORTH CANYON JUSTICE
Court Case Number: J-0803-CT-201902303
Court Offense: EXCEED MAX INTERSTATE SPEED OUTSIDE URBAN AREA
Court Disposition: PLEA GUILTY/RESP SENT IMPOSED Status:CORRESPONDENCE 20200713
Court Disposition Date: 07/12/2020
Court Level/Degree: TRAFFIC

**Court Activity:**
[NONE FOUND]

**California Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
State of Origin: California
County of Origin: SAN BERNARDINO

**EXHIBIT 5**

Custom Comprehensive Report

Case Number: 16CR-055841
Case Type Description: MISDEMEANOR

**Offenses:**
Group: CRIMES_AGAINST_PROPERTY
Categories: STOLEN_PROPERTY_OFFENSES_FENCE
**Offense #1**
Number Counts: 1

Offense Date: 05/15/2016
Court Description: VICTORVILLE CRIMINAL
Court Case Number: 16CR-055841
Court Offense: BUY OR RECEIVE STOLEN PROPERTY
Court Disposition: CONVICTED - PLEA Status:INACTIVE
Court Disposition Date: 11/14/2016
Court Level/Degree: MISDEMEANOR

**Court Activity:**
[NONE FOUND]

**California Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
Aliases: BAILEY JORDAN MCGETRICK
State of Origin: California
County of Origin: SAN BERNARDINO
Case Number: 16CR-033951
Case Type Description: FELONY

**Offenses:**
Group: DRUG_ALCOHOL_OFFENSES
Categories: DRUG_NARCOTIC
**Offense #1**
Number Counts: 1

Offense Date: 07/15/2016
Court Description: VICTORVILLE CRIMINAL
Court Case Number: 16CR-033951
Court Offense: POSS DANGEROUS DRUG/CNTRL SUBS
Court Disposition: CONVICTED - PLEA Status:PROBATION
Court Disposition Date: 07/27/2016
Court Level/Degree: MISDEMEANOR

Group: DRUG_ALCOHOL_OFFENSES
Categories: DRUG_NARCOTIC
**Offense #2**
Number Counts: 1

Offense Date: 07/15/2016
Court Description: VICTORVILLE CRIMINAL
Court Case Number: 16CR-033951
Court Offense: POSSESSION CONTROLLED SUBST FOR SALE
Court Disposition: DISMISSAL/STRICKEN - PURSUANT TO PLEA Status:PROBATION
Court Disposition Date: 07/27/2016
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**California Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
Aliases: BAILEY JORDAN MCGETRICK
State of Origin: California

Custom Comprehensive Report

**EXHIBIT 5**

Custom Comprehensive Report

County of Origin: SAN BERNARDINO
Case Number: 16CR-000382
Case Type Description: FELONY

**Offenses:**
Group: DRUG_ALCOHOL_OFFENSES
Categories: DRUG_NARCOTIC
**Offense #1**
Number Counts: 1

Offense Date: 02/16/2016
Court Description: VICTORVILLE CRIMINAL
Court Case Number: 16CR-000382
Court Offense: TRANSPORT/ETC CONTROLLED SUBSTANCE
Court Disposition: DISMISSAL/STRICKEN - PC1385 INTEREST OF Status:DISMISSED
Court Disposition Date: 02/26/2016
Court Level/Degree: FELONY

Group: DRUG_ALCOHOL_OFFENSES
Categories: DRUG_NARCOTIC
**Offense #2**
Number Counts: 1

Offense Date: 02/16/2016
Court Description: VICTORVILLE CRIMINAL
Court Case Number: 16CR-000382
Court Offense: USE/UNDER INFLUENCE OF CONTROLLED SUBSTANCE
Court Disposition: DISMISSAL/STRICKEN - PC1385 INTEREST OF Status:DISMISSED
Court Disposition Date: 02/26/2016
Court Level/Degree: MISDEMEANOR

**Court Activity:**
[NONE FOUND]

**California Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
Aliases: BAILEY JORDAN MCGETRICK
State of Origin: California
County of Origin: SAN BERNARDINO
Case Number: 3632655BM
Case Type Description: INFRACTION

**Offenses:**
Categories: OTHER
**Offense #1**
Number Counts: 1

Offense Date: 01/18/2016
Court Description: BARSTOW TRAFFIC
Court Case Number: 3632655BM
Court Offense: CIVIL ASSESSMENT (FTA)
Court Statute: 1214.1
Court Disposition: CONVICTED - COURT FINDING Status:CLOSED
Court Disposition Date: 02/19/2016
Court Level/Degree: INFRACTION

Categories: OTHER
**Offense #2**
Number Counts: 1

Offense Date: 01/18/2016
Court Description: BARSTOW TRAFFIC
Court Case Number: 3632655BM

Custom Comprehensive Report

**EXHIBIT 5**

Custom Comprehensive Report

Court Offense: FAILURE TO APPEAR (DMV HOLD)
Court Disposition: DISMISSAL Status:CLOSED
Court Disposition Date: 02/19/2016
Court Level/Degree: INFRACTION


Categories: TRAFFIC
**Offense #3**
Offense Date: 10/13/2015
Court Description: SUPERIOR
Court Case Number: 3632655BM
Court Offense: FAIL TO STOP
Court Disposition: ACTIVE
Court Level/Degree: INFRACTION


Categories: TRAFFIC
**Offense #4**
Number Counts: 1

Offense Date: 10/13/2015
Court Description: BARSTOW TRAFFIC
Court Case Number: 3632655BM
Court Offense: STOP REQUIREMENTS
Court Disposition: CONVICTED - COURT FINDING Status:CLOSED
Court Disposition Date: 02/19/2016
Court Level/Degree: INFRACTION


**Court Activity:**
 [NONE FOUND]

**California Court:**
Name: BAILEY JORDAN MCGETRICK
SSN: 603-90-xxxx
Aliases: BAILEY JORDAN MCGETRICK
State of Origin: California
County of Origin: SAN BERNARDINO
Case Number: FVI1502563-2
Case Type Description: FELONY

**Offenses:**
Group: CRIMES_AGAINST_PROPERTY
Categories: STOLEN_PROPERTY_OFFENSES_FENCE
**Offense #1**
Number Counts: 1

Offense Date: 10/17/2015
Court Description: VICTORVILLE CRIMINAL
Court Case Number: FVI1502563-2
Court Offense: BUY OR RECEIVE STOLEN PROPERTY
Court Disposition: CONVICTED - PLEA Status:PROBATION
Court Disposition Date: 02/26/2016
Court Level/Degree: MISDEMEANOR


Group: CRIMES_AGAINST_PROPERTY
Categories: STOLEN_PROPERTY_OFFENSES_FENCE
**Offense #2**
Number Counts: 1

Offense Date: 10/17/2015
Court Description: VICTORVILLE CRIMINAL
Court Case Number: FVI1502563-2
Court Offense: BUY OR RECEIVE STOLEN PROPERTY
Court Disposition: DISMISSAL/STRICKEN - PURSUANT TO PLEA Status:PROBATION

**EXHIBIT 5**

Custom Comprehensive Report

Court Disposition Date: 02/26/2016
Court Level/Degree: FELONY

**Court Activity:**
[NONE FOUND]

**Professional License(s):**
[None Found]

**Firearms and Explosives:**
[None Found]

Custom Comprehensive Report                                                                    15