**EXHIBIT 7**

Custom Comprehensive Report

 **LexisNexis·** Accurint® for Legal Professionals
RISK SOLUTIONS

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your Secondary DPPA Permissible Use:**
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Custom Comprehensive Report

**Date:** 07/07/23
**Reference Code:** CBCS/MCGETRICK

**Report Legend:**
**S** - Shared Address
**D** - Deceased
**✔** - Probable Current Address

**Comprehensive Report Summary:**
    Names Associated With Subject:
        11 Found
    Bankruptcies:
        None Found
    Email Address:
        5 Found
    Driver's License:
        4 Found
    Address(es) Found:
        1 Verified and 21 Non-Verified Found
    Possible Properties Owned:
        None Found
    Motor Vehicles Registered:
        32 Found
    Possible Criminal Records:
        None Found
    Professional Licenses:
        None Found

**Subject Information: (Best Information for Subject)**
**Name:** JOHN PHILLIP HIMIOBEN    DOB:6/xx/1981
**SSN:** 257-43-xxxx issued in Georgia between *1/1/1983* and *12/31/1983*
**Age:** 42

**Names Associated With Subject:**
    JOHN PHILLIP HIMIOBEN  Gender: Male DOB: 6/xx/1981
    257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
    JOHN P HIMIOBEN  DOB: 6/xx/1981
    257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
    JOHN HIMIOBEN  DOB: 6/xx/1981
    257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
    JOHN HIMYOBEN  DOB: 6/xx/1981

Custom Comprehensive Report                                                                                      1

**EXHIBIT 7**

Custom Comprehensive Report

257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN HIIMIOBEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN P HIMIBOEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN P HIMIODEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN P HIMIOBEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN HIMIOEEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
P JOHN HIMIOBEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN PHILLIP HIMIBEN  DOB: 6/xx/1981
257-43-xxxx issued in Georgia between 1/1/1983 and 12/31/1983
JOHN P HIMIBOEN  DOB: 6/xx/1981
257-53-xxxx issued in Georgia between 1/1/1986 and 12/31/1987

**Address Summary:**

✓1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY (Dec 2020 - May 2023)
1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY (Nov 2020 - Aug 2022)
1327 N 3RD ST, CLINTON, IA 52732-5237, CLINTON COUNTY (Nov 2019 - Feb 2021)
1831 CHRISTIE ST, DAVENPORT, IA 52803-3365, SCOTT COUNTY (Nov 2017 - Dec 2021)
1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY (Jun 2010 - Aug 2021)
1715 20TH ST APT 2, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY (Jun 2010 - Nov 2012)
120 HUNTON ST SW, POULAN, GA 31781-1738, WORTH COUNTY (Jan 2008 - Feb 2018)
143 LYNDON CIR, POULAN, GA 31781-3735, WORTH COUNTY (Apr 1999 - Oct 2010)
PO BOX 91, POULAN, GA 31781-0091, WORTH COUNTY (Feb 2008 - Sep 2010)
103 HUNTON ST SW, POULAN, GA 31781-3903, WORTH COUNTY (Jan 2005 - Jun 2008)
PO BOX 113, FOLEY, MN 56329-0113, BENTON COUNTY (Jun 2004 - Jun 2012)
730 GRAND ST, ASHBURN, GA 31714-5016, TURNER COUNTY (Mar 2006 - Oct 2007)
120 E MADISON AVE APT E, ASHBURN, GA 31714-5217, TURNER COUNTY (Aug 2005 - May 2006)
231 NORMAN AVE N, FOLEY, MN 56329-4535, BENTON COUNTY (Jun 2004 - Mar 2009)
148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY (Sep 2001 - Dec 2014)
15516 110TH ST, FORESTON, MN 56330-9527, MILLE LACS COUNTY (Feb 2002 - Jan 2003)
845 HATCHER HILL RD, ALBANY, GA 31705-6848, MITCHELL COUNTY (Apr 2000 - May 2002)
845 HATCHER HILL RD, SYLVESTER, GA 31791, WORTH COUNTY (Oct 2001 - Jan 2002)
1557 39TH ST, ROCK ISLAND, IL 61201-3830, ROCK ISLAND COUNTY
3206 HEATHERTON DR APT 3, DAVENPORT, IA 52804-1209, SCOTT COUNTY
15516100 TENTH ST, FORESTON, MN 56330, MILLE LACS COUNTY (Apr 2002)
329 SULLIVAN DR, COLONA, IL 61241-9644, HENRY COUNTY

**Active Address(es):**

✓1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY (Dec 2020 - May 2023)
    **Name Associated with Address:**
        JOHN P HIMIOBEN
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 8-42-721-210
            Owner Name: SHEILA M SPEER
            Property Address: - 1080 39TH ST, BETTENDORF, IA 52722-8205, SCOTT COUNTY
            Owner Address: 2231 E 45TH ST, DAVENPORT, IA 52807-1405, SCOTT COUNTY
            Subdivision Name - CREEK HILL ADD
            Assessed Value - $721,480
            Land Size - 28,314 Square Feet
            Year Built - 1977
            Legal Description - CREEK HILL ADDITION
            Data Source - A

**Previous And Non-Verified Address(es):**

1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY (Nov 2020 - Aug 2022)
    **Name Associated with Address:**
        JOHN P HIMIOBEN

**EXHIBIT 7**

Custom Comprehensive Report

1327 N 3RD ST, CLINTON, IA 52732-5237, CLINTON COUNTY (Nov 2019 - Feb 2021)
  **Name Associated with Address:**
    JOHN P HIMIOBEN
      **Current Residents at Address:**
    KIM ANNE MULLINS
    MICHAEL JOHN MULLINS
    DESTINY T MULLINS
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 86-1197-0000
      Owner Name: THOMAS D SOENKSEN
      Property Address: - 1327 N 3RD ST, CLINTON, IA 52732-5237, CLINTON COUNTY
      Owner Address: 1327 N 3RD ST, CLINTON, IA 52732-5237, CLINTON COUNTY
      Subdivision Name - DEEDS
      Total Market Value - $105,146
      Assessed Value - $105,146
      Land Value - $9,215
      Improvement Value - $95,931
      Legal Description - LOT 12 BLK B
      Data Source - A

1831 CHRISTIE ST, DAVENPORT, IA 52803-3365, SCOTT COUNTY (Nov 2017 - Dec 2021)
  **Name Associated with Address:**
    JOHN P HIMIOBEN
      **Current Residents at Address:**
    SHANE A SCHMIDT
    BROC GOLDEN
    563-232-6829 - CDT SCHMIDT SHANE A
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - E0003-14
      Owner Name: DANNETTE ALAYNE ROBINSON
      Property Address: - 1831 CHRISTIE ST, DAVENPORT, IA 52803-3365, SCOTT COUNTY
      Owner Address:
      Subdivision Name - DAVISON & TRUES
      Total Market Value - $25,250
      Assessed Value - $25,250
      Land Value - $5,880
      Improvement Value - $19,370
      Land Size - 8,688 Square Feet
      Year Built - 1884
      Legal Description - DAVISON & TRUE´S PLAT LOT:041 DAVISON & TRUE´S PLAT TO EAST DAVENPORT
      Data Source - A

1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY (Jun 2010 - Aug 2021)
  **Name Associated with Address:**
    JOHN P HIMIOBEN
      **Current Residents at Address:**
    KENNETH HARRY MCKNIGHT
    STEPHEN T SMITH
    JONAH LAMBERT
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 16-02-225-002
      Owner Name: JAMES A WEST
      Property Address: - 1715 20TH ST, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
      Owner Address:
      Sale Date - 06/30/1998
      Sale Price - $140,000
      Subdivision Name - HIGHLAND PARK ADD
      Total Market Value - $216,165
      Assessed Value - $72,055
      Land Value - $20,832
      Improvement Value - $195,333
      Land Size - 8,404 Square Feet
      Year Built - 1942
      Seller Name: ALLIE A LOQUIST
      Legal Description - LOT 10 BLOCK 3 HIGHLAND PARK ADD LOT 9 AND N 13 FT
      Loan Amount - $105,000
      Loan Type - CONVENTIONAL

**EXHIBIT 7**

Custom Comprehensive Report

Lender Name - FIRST MIDWEST BK
Data Source - A

1715 20TH ST APT 2, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY (Jun 2010 - Nov 2012)
**Name Associated with Address:**
JOHN P HIMIOBEN
**Current Residents at Address:**
JAMES EDWARD BACALLEW III
309-786-3446

120 HUNTON ST SW, POULAN, GA 31781-1738, WORTH COUNTY (Jan 2008 - Feb 2018)
**Name Associated with Address:**
P JOHN HIMIOBEN
**Current Residents at Address:**
MICHAEL LEE BROWN
JOHN Q TURNER SR
229-821-2718
**Property Ownership Information for this Address**
**Property:**
Parcel Number - PL020-095-000
Book - 768
Page - 44
Owner Name: STEPHEN G MORTON
Owner Name 2: ANGELA H MORTON
Property Address - 120 HUNTON ST SW, POULAN, GA 31781-1738, WORTH COUNTY
Owner Address: 103 HUNTON ST SW, POULAN, GA 31781-3903, WORTH COUNTY
Sale Date - 09/06/2007
Sale Price - $15,000
Seller Name: STACEY D TURNER
Legal Description - HUNTON ST|LAND LOT: 336|LAND DIST: 7
Data Source - B

143 LYNDON CIR, POULAN, GA 31781-3735, WORTH COUNTY (Apr 1999 - Oct 2010)
**Name Associated with Address:**
JOHN P HIMIOBEN
**Current Residents at Address:**
JOHN CARLOS HIMIOBEN
KYRA M HIMIOBEN
912-776-7155
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 0075A-041-000
Book - 263
Page - 685
Owner Name: JOHN C HIMIOBEN
Owner Name 2: ANGELA HIMIOBEN
Property Address: - 143 LYNDON CIR, POULAN, GA 31781-3735, WORTH COUNTY
Owner Address: 143 LYNDON CIR, POULAN, GA 31781-3735, WORTH COUNTY
Sale Price - $3,500
Land Usage - MOBILE HOME
Subdivision Name - MYRTLE HTS SD
Total Market Value - $23,952
Assessed Value - $9,581
Land Value - $3,770
Improvement Value - $20,182
Land Size - 25265 SF
Year Built - 1982
Legal Description - RESIDENCE
Data Source - B

PO BOX 91, POULAN, GA 31781-0091, WORTH COUNTY (Feb 2008 - Sep 2010)
**Name Associated with Address:**
JOHN P HIMIOBEN

103 HUNTON ST SW, POULAN, GA 31781-3903, WORTH COUNTY (Jan 2005 - Jun 2008)
**Name Associated with Address:**
JOHN P HIMIOBEN
**Current Residents at Address:**
DONNA C GOODWIN
ORLANDO L MAES

**EXHIBIT 7**

Custom Comprehensive Report

SARAH A MAES
CHARLIE A MAES
DONNA C GOODWIN
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - PL020-084-000
        Book - 891
        Page - 118
        Owner Name: DONNA C GODDWIN
        Property Address - 103 HUNTON ST SW, POULAN, GA 31781-3903, WORTH COUNTY
        Owner Address: 103 HUNTON ST SW, POULAN, GA 31781-3903, WORTH COUNTY
        Sale Date - 10/20/2011
        Seller Name: FEDERAL NATIONAL MORTGAGE ASSOCIATION
        Data Source - B

PO BOX 113, FOLEY, MN 56329-0113, BENTON COUNTY (Jun 2004 - Jun 2012)
    **Name Associated with Address:**
    JOHN HIMIOBEN

730 GRAND ST, ASHBURN, GA 31714-5016, TURNER COUNTY (Mar 2006 - Oct 2007)
    **Name Associated with Address:**
    JOHN P HIMIOBEN
        **Current Residents at Address:**
    MICHAEL LEE BROWN
    XAVIER D HORNE
    PRECIOUS R BOYD
    KEVIAN M DOUGLAS
    JAMEEL H SANDERS
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - A12-046
        Owner Name: TIMOTHY S HUFF
        Owner Name 2: BEVERLY DIANNE HUFF
        Property Address: - 730 GRAND ST, ASHBURN, GA 31714-5016, TURNER COUNTY
        Owner Address:
        Subdivision Name - ASHBURN HEIGHTS SUB
        Total Market Value - $40,598
        Assessed Value - $16,239
        Land Value - $6,000
        Improvement Value - $34,598
        Land Size - 14,810 Square Feet
        Year Built - 1900
        Legal Description - LD2 BLK B LOT 16-17
        Data Source - A

120 E MADISON AVE APT E, ASHBURN, GA 31714-5217, TURNER COUNTY (Aug 2005 - May 2006)
    **Name Associated with Address:**
    JOHN P HIMIOBEN
    229-567-8987
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - A15-030
        Book - 240
        Page - 544
        Owner Name: SANDRA BRITT JOHNSON
        Owner Name 2: SANDRA S BRITT
        Property Address: - 120 E MADISON AVE, ASHBURN, GA 31714-5217, TURNER COUNTY
        Owner Address: 120 E MADISON AVE, ASHBURN, GA 31714-5217, TURNER COUNTY
        Land Usage - APARTMENTS (GENERIC)
        Total Market Value - $40,934
        Assessed Value - $16,374
        Land Value - $15,704
        Improvement Value - $25,230
        Land Size - 20473 SF
        Year Built - 1889
        Legal Description - LD2 BLK 41 LOT 3 & PT LOT1
        Data Source - B

231 NORMAN AVE N, FOLEY, MN 56329-4535, BENTON COUNTY (Jun 2004 - Mar 2009)
    **Name Associated with Address:**

**EXHIBIT 7**

Custom Comprehensive Report

JOHN P HIMIOBEN
    **Current Residents at Address:**
ERIKA MARIA DICKINSON
SAMUEL E CHEESEMAN
**Current phones listed at this address:**
    320-968-7569 - CDT DUMONCEAUX J
    320-968-6059
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 13.00093.00
        Owner Name: CAROL J DICKINSON
        Property Address: - 231 NORMAN AVE N, FOLEY, MN 56329-4535, BENTON COUNTY
        Owner Address: 232 150TH AVE, FORESTON, MN 56330-9416, MILLE LACS COUNTY
        Sale Price - $113,900
        Subdivision Name - F G SMITH'S SUB OF SE1/4 SW1/4
        Total Market Value - $111,200
        Assessed Value - $111,200
        Land Value - $18,000
        Improvement Value - $93,200
        Year Built - 1900
        Legal Description - SECT-26 TWP-037 RANGE-029 F G SMITH'S SUB OF SE1/4 SW1/4 LOT-007 N 60 1/2 FT
        Data Source - B

148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY (Sep 2001 - Dec 2014)
    **Name Associated with Address:**
    JOHN PHILLIP HIMIOBEN
        **Current Residents at Address:**
    CARI JOLENE LAMONT
    KENNETH W BROWN
    JORDAN LEE PAUL
    320-294-5194

15516 110TH ST, FORESTON, MN 56330-9527, MILLE LACS COUNTY (Feb 2002 - Jan 2003)
    **Name Associated with Address:**
    JOHN PHILLIP HIMIOBEN
    **Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 12-008-0800
        Owner Name: ROBERT F HENRY
        Property Address: - 15516 110TH ST, FORESTON, MN 56330-9527, MILLE LACS COUNTY
        Owner Address: 15516 110TH ST, FORESTON, MN 56330-9527, MILLE LACS COUNTY
        Total Market Value - $253,300
        Land Size - 1,742,400 Square Feet
        Legal Description - NW OF SE 8 37 27 40.00
        Data Source - A

845 HATCHER HILL RD, ALBANY, GA 31705-6848, MITCHELL COUNTY (Apr 2000 - May 2002)
    **Name Associated with Address:**
    JOHN P HIMIOBEN
    229-787-0303

845 HATCHER HILL RD, SYLVESTER, GA 31791, WORTH COUNTY (Oct 2001 - Jan 2002)
    **Name Associated with Address:**
    JOHN P HIMIOBEN

1557 39TH ST, ROCK ISLAND, IL 61201-3830, ROCK ISLAND COUNTY
    **Name Associated with Address:**
    JOHN P HIMIOBEN
        **Current Residents at Address:**
    MARIE LOUISE BOWLEY
    DEBORAH A HAGEN
    JOAN ELIZABETH MULVANIA
    309-206-4895 - CDT BOWLEY MARIE
    **Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 17-06-129-015
        Owner Name: JOAN E MULVANIA
        Property Address: - 1557 39TH ST, ROCK ISLAND, IL 61201-3830, ROCK ISLAND COUNTY
        Owner Address: 1557 39TH ST, ROCK ISLAND, IL 61201-3830, ROCK ISLAND COUNTY
        Sale Price - $101,000

**EXHIBIT 7**

Custom Comprehensive Report

Subdivision Name - COLONIAL HEIGHTS
Total Market Value - $88,272
Assessed Value - $29,424
Land Value - $13,632
Improvement Value - $74,640
Year Built - 1918
Legal Description - LOT 23 BLOCK 3 COLONIAL HEIGHTS
Data Source - B

3206 HEATHERTON DR APT 3, DAVENPORT, IA 52804-1209, SCOTT COUNTY
**Name Associated with Address:**
JOHN P HIMIOBEN
**Current Residents at Address:**
LINDSAY R POLING
**Property Ownership Information for this Address**
**Property:**
Parcel Number - O2107C32
Owner Name: GARY L THRAPP
Property Address: - 3206 HEATHERTON DR, DAVENPORT, IA 52804-1209, SCOTT COUNTY
Owner Address: PO BOX 4452, DAVENPORT, IA 52808-4452, SCOTT COUNTY
Subdivision Name - HEATHERTON HEIGHTS 2ND ADD
Assessed Value - $85,600
Legal Description - HEATHERTON HEIGHTS 2ND ADD
Data Source - A

15516100 TENTH ST, FORESTON, MN 56330, MILLE LACS COUNTY (Apr 2002)
**Name Associated with Address:**
JOHN P HIMIOBEN

329 SULLIVAN DR, COLONA, IL 61241-9644, HENRY COUNTY
**Name Associated with Address:**
JOHN P HIMIOBEN
**Current Residents at Address:**
FRANK FLOYD COOK
ROBERT W RUF
ERIKA LINDSEY RUF
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 06-12-454-030
Owner Name: ERIKA RUF
Owner Name 2: ROBERT W RUF
Property Address: - 329 SULLIVAN DR, COLONA, IL 61241-9644, HENRY COUNTY
Owner Address:
Sale Date - 09/22/2020
Sale Price - $162,500
Subdivision Name - HEARTLAND
Total Market Value - $177,159
Assessed Value - $59,053
Land Value - $15,492
Improvement Value - $161,667
Land Size - 9,148 Square Feet
Year Built - 1995
Seller Name: JAMES W HUDSON
Seller Name 2: STEPHANIE L HUDSON
Legal Description - LT 94 HEARTLAND SUB VILLAGE OF COLONA TIF
Loan Amount - $146,250
Loan Type - CONVENTIONAL
Lender Name - GREENSTATE CU
Data Source - A

**Bankruptcies:**
[None Found]

**Email Address:**

Name: JOHN HIMIOBEN

**EXHIBIT 7**

Custom Comprehensive Report

Email Address(es):
HIMBROLTD@GMAIL.COM

Street Address(es):
1831 CHRISTIE ST, DAVENPORT, IA 52803-3365

Name: JOHN HIMIOBEN

Email Address(es):
ITSMEFORYOU26@YAHOO.COM

Street Address(es):
1080 39TH ST APT 16, BETTENDORF, IA 52722-6148

Name: JOHN HIMIOBEN

Email Address(es):
JHIMIOBEN@AOL.COM

Street Address(es):
730 GRAND ST, ASHBURN, GA 31714-5016

Name: JOHN AHIMIOBEN

Email Address(es):
JAHIMIOBEN@ROCKETMAIL.COM

Street Address(es):
120 E MADISON AVE, ASHBURN, GA 31714-5217

Name: JOHN HIMIOBEN

Email Address(es):
JOHNAHIMIOBEN@BRIGHT.NET

Street Address(es):
143 LYNDON CIR, POULAN, GA 31781-3735

**Driver's License Information:**
Name: JOHN PHILLIP HIMIOBEN
DL Number: xxxxxxxxxxxxx
State: Minnesota
License Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
DOB: 06/xx/1981
Potential SSN : 257-43-xxxx
Gender: Male
Expiration Date: 06/10/2007
Issue Date: 02/26/2003
License Type: REGULAR LICENSE
License Class: CONAX record.This could mean a conviction only, no driver license.
Height: 6´02
Weight: 150
Data Source: Governmental
Restrictions:  Valid with Corrective Lenses

Name: JOHN PHILLIP HIMIOBEN
DL Number: xxxxxxxxxxxxx
State: Minnesota
License Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
DOB: 06/xx/1981
Potential SSN : 257-43-xxxx
Gender: Male
Expiration Date: 06/10/2007

Custom Comprehensive Report

**EXHIBIT 7**

Custom Comprehensive Report

Issue Date: 02/26/2003
License Type: REGULAR LICENSE
License Class: CONAX record.This could mean a conviction only, no driver license.
Height: 6´02
Weight: 150
Data Source: Governmental
Restrictions:  Valid with Corrective Lenses

Name: JOHN PHILLIP HIMIOBEN
DL Number: xxxxxxxxxxxxx
State: Minnesota
License Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
DOB: 06/xx/1981
Potential SSN : 257-43-xxxx
Gender: Male
Expiration Date: 06/10/2007
Issue Date: 02/26/2003
License Type: REGULAR LICENSE
License Class: CONAX record.This could mean a conviction only, no driver license.
Height: 6´02
Weight: 150
Data Source: Governmental
Restrictions:  Valid with Corrective Lenses

Name: JOHN P HIMIOBEN
DL Number: xxxxxxxxx
State: Georgia
License Address: 143 LYNDON CIR, POULAN, GA 31781-3735, WORTH COUNTY
DOB: 06/xx/1981
Potential SSN : 257-43-xxxx
Data Source: Non-Governmental


**Possible Properties Owned by Subject:**
[None Found]



**Motor Vehicles Registered To Subject:**
**Vehicle:**
Description: White 2023 Ford F150 - Crew Pickup
VIN: 1FTFW1ED1PFA69748
State Of Origin: IOWA
Engine: 6 Cylinder 214 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Price: 45410
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: GMT679
License State: IA
Earliest Registration Date: 5/4/2023
Latest Registration Date: 5/4/2023
Expiration Date: 7/31/2023


Record Type: CURRENT

**EXHIBIT 7**

Custom Comprehensive Report

Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
Tag Number: GMT679
License State: IA
Earliest Registration Date: 5/4/2023
Latest Registration Date: 5/4/2023
Expiration Date: 7/31/2023


**Vehicle:**
Description: White 2023 Ford F150 - Crew Pickup
VIN: 1FTFW1ED1PFA69748
State Of Origin: IOWA
Engine: 6 Cylinder 214 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Price: 45410
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 82AK98014
Title Issue Date: 5/4/2023

Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
**Title Information**
Reported Name: SCHMIDT SHANE ALLEN
Title Number: 82AK98014
Title Issue Date: 5/4/2023

*Lien Holder(s)*
Record Type: CURRENT
Company Name: FORD MOTOR CREDIT CO.


**Vehicle:**
Description: White 2022 Ford Edge - 4 Dr Wagon Sport Utility
VIN: 2FMPK4K93NBA75949
State Of Origin: IOWA
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Security System: Passive Immobilizer key & keyless entry
Price: 43100
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

**EXHIBIT 7**

Custom Comprehensive Report

Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: HTH700
License State: IA
Earliest Registration Date: 8/26/2022
Latest Registration Date: 8/26/2022
Expiration Date: 6/30/2023

Record Type: CURRENT
Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
Tag Number: HTH700
License State: IA
Earliest Registration Date: 8/26/2022
Latest Registration Date: 8/26/2022
Expiration Date: 6/30/2023

**Vehicle:**

Description: White 2022 Ford Edge - 4 Dr Wagon Sport Utility
VIN: 2FMPK4K93NBA75949
State Of Origin: IOWA
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Daytime Running Lights: Standard
Security System: Passive Immobilizer key & keyless entry
Price: 43100
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 82AK62434
Title Issue Date: 8/26/2022

Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
**Title Information**

**EXHIBIT 7**

Custom Comprehensive Report

Reported Name: SCHMIDT SHANE ALLEN
Title Number: 82AK62434
Title Issue Date: 8/26/2022

*Lien Holder(s)*
Record Type: CURRENT
Company Name: FORD MOTOR CREDIT CO.


**Vehicle:**
Description: Red 2017 Ford F150 - Crew Pickup
VIN: 1FTEW1EP4HFC63696
State Of Origin: IOWA
Engine: 6 Cylinder 165 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 37160
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JOHN PHILLIP HIMIOBEN

Potential SSN : 257-43-xxxx
Address: 1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: GMT679
License State: IA
Earliest Registration Date: 9/3/2021
Latest Registration Date: 7/20/2022
Expiration Date: 7/31/2023


Record Type: CURRENT
Name: SHANE ALLEN SCHMIDT

Potential SSN : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
Tag Number: GMT679
License State: IA
Earliest Registration Date: 7/20/2022
Latest Registration Date: 7/20/2022
Expiration Date: 7/31/2023


**Vehicle:**
Description: Red 2017 Ford F150 - Crew Pickup
VIN: 1FTEW1EP4HFC63696
State Of Origin: IOWA
Engine: 6 Cylinder 165 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard

**EXHIBIT 7**

Custom Comprehensive Report

Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 37160
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN
Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 82AK93491
Title Issue Date: 4/6/2023

Name: SHANE ALLEN SCHMIDT
Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
**Title Information**
Reported Name: SCHMIDT SHANE ALLEN
Title Number: 82AK93491
Title Issue Date: 4/6/2023

*Lien Holder(s)*
Record Type: CURRENT
Company Name: CAPITAL ONE AUTO FINANCE

**Vehicle:**
Description: Red 2018 Honda Civic - Hatchback 4 Door
VIN: SHHFK7H96JU220504
State Of Origin: IOWA
Engine: 4 Cylinder 91 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: Power sun/moon roof
Price: 28750
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JOHN PHILLIP HIMIOBEN
Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42

**EXHIBIT 7**

Custom Comprehensive Report

DL #: xxxxxxxxxxxxx
Tag Number: HTH700
License State: IA
Earliest Registration Date: 12/9/2021
Latest Registration Date: 7/12/2022
Expiration Date: 6/30/2023


Record Type: CURRENT
Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
Tag Number: HTH700
License State: IA
Earliest Registration Date: 12/9/2021
Latest Registration Date: 7/12/2022
Expiration Date: 6/30/2023


**Vehicle:**
Description: Red 2018 Honda Civic - Hatchback 4 Door
VIN: SHHFK7H96JU220504
State Of Origin: IOWA
Engine: 4 Cylinder 91 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: Power sun/moon roof
Price: 28750
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 82AK60498
Title Issue Date: 8/15/2022

Name: SHANE ALLEN SCHMIDT

Potential SSN 🛈 : 479-82-xxxx
Address: 1080 39TH ST APT 16, BETTENDORF, IA 52722-6148, SCOTT COUNTY
DOB: 12/xx/1971
Sex: Male
Age: 51
DL #: xxxxxxxxx
**Title Information**
Reported Name: SCHMIDT SHANE ALLEN
Title Number: 82AK60498
Title Issue Date: 8/15/2022

*Lien Holder(s)*

**EXHIBIT 7**

Custom Comprehensive Report

Record Type: CURRENT
Company Name: CAPITAL ONE AUTO FINANCE

**Vehicle:**
Description: Red 2008 Chevrolet Trailblazer - 4 Dr Wagon Sport Utility
VIN: 1GNDT13S982217453
State Of Origin: IOWA
Engine: 6 Cylinder 256 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 28525
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1080 39TH ST APT 9, BETTENDORF, IA 52722-6120, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: HTH700
License State: IA
Earliest Registration Date: 7/26/2021
Latest Registration Date: 7/26/2021
Expiration Date: 6/30/2022

**Vehicle:**
Description: Red 2008 Chevrolet Trailblazer - 4 Dr Wagon Sport Utility
VIN: 1GNDT13S982217453
State Of Origin: IOWA
Engine: 6 Cylinder 256 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 28525
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1831 CHRISTIE ST, DAVENPORT, IA 52803-3365, SCOTT COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**

Custom Comprehensive Report

**EXHIBIT 7**

Custom Comprehensive Report

Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 82AI37239
Title Issue Date: 1/18/2019

*Lien Holder(s)*
Record Type: CURRENT
Company Name: CNAC

**Vehicle:**
Description: 2015 KIA Optima - Sedan 4 Door
VIN: 5XXGN4A74FG407815
State Of Origin: ILLINOIS
Engine: 4 Cylinder 144 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available
Price: 24340
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHN P HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: P537035
License State: IL
Earliest Registration Date: 9/30/2015
Latest Registration Date: 9/30/2015
Expiration Date: 1/31/2016

**Vehicle:**
Description: 2015 KIA Optima - Sedan 4 Door
VIN: 5XXGN4A74FG407815
State Of Origin: ILLINOIS
Engine: 4 Cylinder 144 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available
Price: 24340
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN P HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY

**EXHIBIT 7**

Custom Comprehensive Report

DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
    Reported Name: HIMIOBEN<JOHN<P
    Title Number: 152886700770
    Title Issue Date: 10/15/2015

*Lien Holder(s)*
    Record Type: CURRENT
    Company Name: ALLOY FINANCIAL INC.
    Address: PO BOX 8122, COCKEYSVILLE, MD 21030-8122, BALTIMORE COUNTY

**Vehicle:**
Description: 2015 KIA Forte - Coupe
VIN: KNAFX6A89F5333402
State Of Origin: ILLINOIS
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Keyless Entry and Alarm
Roof: None / not available
Price: 18590
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: JOHN P HIMIOBEN

    Potential SSN 🔒 : 257-43-xxxx
    Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
    DOB: 6/xx/1981
    Sex: Male
    Age: 42
    DL #: xxxxxxxxxxxxx
    Tag Number: P537035
    License State: IL
    Earliest Registration Date: 11/5/2014
    Latest Registration Date: 1/29/2015
    Expiration Date: 1/31/2016

**Vehicle:**
Description: 2015 KIA Forte - Coupe
VIN: KNAFX6A89F5333402
State Of Origin: ILLINOIS
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Keyless Entry and Alarm
Roof: None / not available
Price: 18590
Radio: AM/FM CD/MP3
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

**EXHIBIT 7**

Custom Comprehensive Report

Data Source: Governmental

*Owner(s)*
Name: JOHN P HIMIOBEN

Potential SSN ⓘ : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN<JOHN<P
Title Number: 143226845190
Title Issue Date: 11/18/2014

*Lien Holder(s)*
Record Type: CURRENT
Company Name: GLOBAL LENDING SERVICE LLC
Address: PO BOX 311, BUFFALO, NY 14231-0311, ERIE COUNTY

**Vehicle:**
Description: Brown Gold 2003 Pontiac Grand Am - Sedan 4 Door
VIN: 1G2NF52E03M706526
State Of Origin: ILLINOIS
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Available
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Anti-theft device
Roof: None / not available
Price: 18890
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHN P HIMIOBEN

Potential SSN ⓘ : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxx
Tag Number: P537035
License State: IL
Earliest Registration Date: 2/3/2014
Latest Registration Date: 2/3/2014
Expiration Date: 1/31/2015

**Vehicle:**
Description: 2003 Pontiac Grand Am - Sedan 4 Door
VIN: 1G2NF52E03M706526
State Of Origin: ILLINOIS
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Available
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Anti-theft device

**EXHIBIT 7**

Custom Comprehensive Report

Roof: None / not available
Price: 18890
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN P HIMIOBEN
Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN<JOHN<P
Title Number: X2074752003
Title Issue Date: 3/14/2012

*Lien Holder(s)*
Record Type: CURRENT
Company Name: CNAC
Address: 925 W KIMBERLY RD, DAVENPORT, IA 52806-5723, SCOTT COUNTY

**Vehicle:**
Description: 2001 Chevrolet Monte Carlo - Coupe
VIN: 2G1WW12E519246582
State Of Origin: ILLINOIS
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Anti-theft device
Roof: None / not available
Price: 19690
Radio: AM/FM Cassette
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: MICHAEL L BROWN
Potential SSN 🛈 : 556-17-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 5/xx/1965
Sex: Male
Age: 58
Tag Number: N348639
License State: IL
Earliest Registration Date: 2/16/2011
Latest Registration Date: 2/7/2012
Expiration Date: 2/28/2013

Record Type: HISTORICAL
Name: JOHN P HIMIOBEN
Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42

**EXHIBIT 7**

Custom Comprehensive Report

DL #: xxxxxxxxxxxxx
Tag Number: N348639
License State: IL
Earliest Registration Date: 2/7/2012
Latest Registration Date: 2/7/2012
Expiration Date: 2/28/2013

**Vehicle:**
Description: 2001 Chevrolet Monte Carlo - Coupe
VIN: 2G1WW12E519246582
State Of Origin: ILLINOIS
Engine: 6 Cylinder 207 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Anti-theft device
Roof: None / not available
Price: 19690
Radio: AM/FM Cassette
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: MICHAEL L BROWN

Potential SSN 🛈 : 556-17-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 5/xx/1965
Sex: Male
Age: 58
**Title Information**
Reported Name: BROWN<MICHAEL<L
Title Number: X1055654602
Title Issue Date: 2/24/2011

Name: JOHN P HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN<JOHN<
Title Number: X1055654602
Title Issue Date: 2/24/2011

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: GOLD KEY AUTO CREDIT EN ESPANOL
Address: 104 1ST AVE, SILVIS, IL 61282-1031, ROCK ISLAND COUNTY

**Vehicle:**
Description: 2007 Chevrolet Impala - Sedan 4 Door
VIN: 2G1WT58K179144671
State Of Origin: ILLINOIS
Engine: 6 Cylinder 214 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard

**EXHIBIT 7**

Custom Comprehensive Report

Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 21625
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: MICHAEL BROWN

Potential SSN 🛈 : 556-17-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 5/xx/1965
Sex: Male
Age: 58
Tag Number: L144677
License State: IL
Earliest Registration Date: 6/23/2010
Latest Registration Date: 6/23/2010
Expiration Date: 5/31/2011


Record Type: HISTORICAL
Name: JOHN P HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: L144677
License State: IL
Earliest Registration Date: 6/23/2010
Latest Registration Date: 6/23/2010
Expiration Date: 5/31/2011


**Vehicle:**
Description: 2007 Chevrolet Impala - Sedan 4 Door
VIN: 2G1WT58K179144671
State Of Origin: ILLINOIS
Engine: 6 Cylinder 214 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 21625
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: MICHAEL BROWN

Potential SSN 🛈 : 556-17-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 5/xx/1965
Sex: Male
Age: 58
**Title Information**
Reported Name: BROWN<MICHAEL<
Title Number: X0281862038

**EXHIBIT 7**

Custom Comprehensive Report

Title Issue Date: 10/8/2010

Name: JOHN P HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 1715 20TH ST APT 5, ROCK ISLAND, IL 61201-3625, ROCK ISLAND COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
    Reported Name: HIMIOBEN<JOHN<P
    Title Number: X0281862038
    Title Issue Date: 10/8/2010

*Lien Holder(s)*
    Record Type: CURRENT
    Company Name: SANTANDER CONSUMER USA INC.
    Address: PO BOX 25120, LEHIGH VALLEY, PA 18002-5120, NORTHAMPTON COUNTY

**Vehicle:**
    Description: 2008 - TILT TANDEM
    VIN: 4EDUS10138T000096
    State Of Origin: GEORGIA
    Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: JOHN PHILLIP HIMIOBEN

    Potential SSN 🛈 : 257-43-xxxx
    Address: PO BOX 91, POULAN, GA 31781-0091, WORTH COUNTY
    DOB: 6/xx/1981
    Sex: Male
    Age: 42
    DL #: xxxxxxxxxxxxx
    Tag Number: TL286R2
    License State: GA
    Earliest Registration Date: 11/12/2008
    Latest Registration Date: 11/12/2008
    Expiration Date: 6/10/2009

**Vehicle:**
    Description: 2008 - TILT TANDEM
    VIN: 4EDUS10138T000096
    State Of Origin: GEORGIA
    Data Source: Governmental

*Owner(s)*
    Name: JOHN PHILLIP HIMIOBEN

    Potential SSN 🛈 : 257-43-xxxx
    Address: PO BOX 91, POULAN, GA 31781-0091, WORTH COUNTY
    DOB: 6/xx/1981
    Sex: Male
    Age: 42
    DL #: xxxxxxxxxxxxx
    **Title Information**
        Reported Name: HIMIOBEN JOHN PHILLIP
        Title Number: 8423083172058
        Title Issue Date: 11/12/2008

*Lien Holder(s)*
    None

**Vehicle:**
    Description: Gold 2006 KIA Spectra - Sedan 4 Door
    VIN: KNAFE121565300407
    State Of Origin: GEORGIA

Custom Comprehensive Report           22

**EXHIBIT 7**

Custom Comprehensive Report

Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 12895
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 730 GRAND ST, ASHBURN, GA 31714-5016, TURNER COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: AMG9738
License State: GA
Earliest Registration Date: 3/20/2006
Latest Registration Date: 4/27/2007
Expiration Date: 4/30/2008

**Vehicle:**
Description: Gold 2006 KIA Spectra - Sedan 4 Door
VIN: KNAFE121565300407
State Of Origin: GEORGIA
Engine: 4 Cylinder 122 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 12895
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 730 GRAND ST, ASHBURN, GA 31714-5016, TURNER COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN PHILLIP
Title Number: 5702062281008
Title Issue Date: 8/16/2006

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: WELLS FARGO
Address: PO BOX 53439, PHOENIX, AZ 85072-3439, MARICOPA COUNTY

Custom Comprehensive Report

**EXHIBIT 7**

Custom Comprehensive Report

Record Type: HISTORICAL
Company Name: WELLS FARGO AUTO FINANCE INC.
Address: 711 W BROADWAY RD, TEMPE, AZ 85282-1218, MARICOPA COUNTY


**Vehicle:**
Description: 1998 Saturn SL1 - Sedan 4 Door
VIN: 1G8ZH5286WZ185427
State Of Origin: GEORGIA
Engine: 4 Cylinder 116 Cubic Inch
Restraints: Dual front air bags/active belts
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Available
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 12455
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 120 E MADISON AVE, ASHBURN, GA 31714-5217, TURNER COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: AMG9738
License State: GA
Earliest Registration Date: 8/1/2005
Latest Registration Date: 8/1/2005
Expiration Date: 4/30/2006


**Vehicle:**
Description: 1998 Saturn SL1 - Sedan 4 Door
VIN: 1G8ZH5286WZ185427
State Of Origin: GEORGIA
Engine: 4 Cylinder 116 Cubic Inch
Restraints: Dual front air bags/active belts
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Available
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Unknown
Roof: None / not available
Price: 12455
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 120 E MADISON AVE, ASHBURN, GA 31714-5217, TURNER COUNTY
DOB: 6/xx/1981

Custom Comprehensive Report                                                                24

**EXHIBIT 7**

Custom Comprehensive Report

Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
    Reported Name: HIMIOBEN JOHN PHILLIP
    Title Number: 8044052135108
    Title Issue Date: 8/1/2005

*Lien Holder(s)*
    Record Type: HISTORICAL
    Company Name: MATHISON MOTORS INC.
    Address: PO BOX 279, CLEARWATER, MN 55320-0279, WRIGHT COUNTY

**Vehicle:**
    Description: 1990 Chevrolet Cavalier - Coupe
    VIN: 1G1JC14G9LJ281988
    State Of Origin: GEORGIA
    Engine: 4 Cylinder 133 Cubic Inch
    Restraints: Passive (automatic) belts
    Anti Lock Brakes: Not available
    Air Conditioning: Available
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Available
    Security System: None
    Roof: None / not available
    Price: 7577
    Radio: AM/FM
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: JOHN PHILLIP HIMIOBEN

    Potential SSN 🛈 : 257-43-xxxx
    Address: 845 HATCHER HILL RD, ALBANY, GA 31705-6848, MITCHELL COUNTY
    DOB: 6/xx/1981
    Sex: Male
    Age: 42
    DL #: xxxxxxxxxxxxx
    Tag Number: 90HT3
    License State: GA
    Earliest Registration Date: 5/10/2001
    Latest Registration Date: 5/10/2001
    Expiration Date: 4/30/2002

**Vehicle:**
    Description: 1990 Chevrolet Cavalier - Coupe
    VIN: 1G1JC14G9LJ281988
    State Of Origin: GEORGIA
    Engine: 4 Cylinder 133 Cubic Inch
    Restraints: Passive (automatic) belts
    Anti Lock Brakes: Not available
    Air Conditioning: Available
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Available
    Security System: None
    Roof: None / not available
    Price: 7577
    Radio: AM/FM
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Data Source: Governmental

**EXHIBIT 7**

Custom Comprehensive Report

*Owner(s)*
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 845 HATCHER HILL RD, ALBANY, GA 31705-6848, MITCHELL COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**
Reported Name: HIMIOBEN JOHN P
Title Number: 6321001171907
Title Issue Date: 4/26/2000

*Lien Holder(s)*
Record Type: CURRENT
Company Name: 1ST FRANKLIN FINANCIAL
Address: PO BOX 1010, SYLVESTER, GA 31791-1010, WORTH COUNTY

Record Type: CURRENT
Company Name: 1ST FRANKLIN FINANCIAL CORP.
Address: PO BOX 1010, SYLVESTER, GA 31791-1010, WORTH COUNTY

**Vehicle:**
Description: Burgundy 1993 Ford Explorer - 4 Dr Wagon Sport Utility
VIN: 1FMDU34X7PUD87269
State Of Origin: MINNESOTA
Engine: 6 Cylinder 245 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: None
Roof: None / not available
Price: 19246
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
None

*Registrant(s)*
Record Type: EXPIRED
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: EXV028
Expiration Date: 7/1/2005

*Lien Holder(s)*
Record Type: HISTORICAL
Lien Date: 6/25/2004

**Vehicle:**
Description: 1992 Chevrolet Cavalier - Sedan 4 Door
VIN: 1G1JC5446N7166228
State Of Origin: MINNESOTA
Engine: 4 Cylinder 133 Cubic Inch
Restraints: Passive (automatic) belts

Custom Comprehensive Report                                                                                          26

**EXHIBIT 7**

Custom Comprehensive Report

Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: None
Roof: None / not available
Price: 8899
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Data Source: Governmental

*Owner(s)*
    None

*Registrant(s)*
    Record Type: EXPIRED
    Name: AMANDA RAE HIMIOBEN

    Potential SSN : 475-94-xxxx
    DOB: 7/xx/1980
    Sex: Female
    Age: 42
    DL #: xxxxxxxxxxxxx
    Tag Number: DZT252
    Expiration Date: 12/1/2004


    Record Type: EXPIRED
    Name: JOHN PHILLIP HIMIOBEN

    Potential SSN : 257-43-xxxx
    Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
    DOB: 6/xx/1981
    Sex: Male
    Age: 42
    DL #: xxxxxxxxxxxxx
    Tag Number: DZT252
    Expiration Date: 12/1/2004

*Lien Holder(s)*
    Record Type: HISTORICAL
    Lien Date: 2/9/2004


**Vehicle:**
    Description: Blue 1991 Dodge Grand Caravan - Extended Sport Van
    VIN: 1B4GK44R4MX530751
    State Of Origin: MINNESOTA
    Engine: 6 Cylinder 201 Cubic Inch
    Anti Lock Brakes: 4 wheel optional
    Air Conditioning: Available
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Available
    Security System: None
    Roof: None / not available
    Price: 16175
    Radio: AM/FM
    Front Wheel Drive: Yes
    Four Wheel Drive: No
    Tilt Wheel: Not available
    Data Source: Governmental

*Owner(s)*
    None

*Registrant(s)*

**EXHIBIT 7**

Custom Comprehensive Report

Record Type: HISTORICAL
Name: AMANDA RAE HIMIOBEN

Potential SSN 🛈 : 475-94-xxxx
DOB: 7/xx/1980
Sex: Female
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: BNS044
Expiration Date: 9/1/2004


Record Type: HISTORICAL
Name: JOHN PHILLIP HIMIOBEN

Potential SSN 🛈 : 257-43-xxxx
Address: 148 MAIN ST APT 6, FORESTON, MN 56330-9427, MILLE LACS COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
Tag Number: BNS044
Expiration Date: 9/1/2004

*Lien Holder(s)*
Record Type: HISTORICAL
Lien Date: 12/9/2003


**Vehicle:**
Description: 1993 Ford Explorer - 4 Dr Wagon Sport Utility
VIN: 1FMDU34X7PUD87269
State Of Origin: MINNESOTA
Engine: 6 Cylinder 245 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: None
Roof: None / not available
Price: 19246
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Data Source: Non-Governmental
Source Date First Seen: 9/1/2004
Source Date Last Seen: 12/12/2012

*Owner(s)*
Name: JOHN HIMIOBEN
Address: 231 NORMAN AVE N, FOLEY, MN 56329-4535, BENTON COUNTY
DOB: 6/xx/1981
Sex: Male
Age: 42
DL #: xxxxxxxxxxxxx
**Title Information**

*Lien Holder(s)*
None



**Possible Criminal Records:**
[None Found]

**Professional License(s):**
[None Found]

**EXHIBIT 7**

Custom Comprehensive Report

**Firearms and Explosives:**
[None Found]